Prob12B
(7/93)

# United States District Court
## for the Northern District of New York

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL - 2 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Name of Offender: Jay T. Campbell    Case Number: 5:05CR000530-001

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Chief U.S. District Judge

Date of Original Sentence: October 12, 2006

Original Offense: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: 15 Months Imprisonment and 3 Years Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: August 9, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

1.  You shall perform <u>100</u> hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

2.  You shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

## CAUSE

On March 20, 2009, Campbell received an appearance ticket for Sound Reproduction. Campbell failed to notify the Probation Office of his contact with law enforcement or note the information on his Written Monthly Report.

On April 13, 2009, an adult female (allegedly a childhood friend of Campbell's) contacted the police to report that Campbell was "disrespecting her." The complainant advised authorities their argument was only verbal. Authorities interviewed the offender, and he appeared highly intoxicated and refused to talk about what the argument was over. No one was arrested or charged with any crime. Campbell failed to notify this office about his contact with law enforcement or note the information on his Written Monthly Report.

On June 15, 2009, Campbell allegedly had contact with the same adult female complainant who called the police to report that she asked Campbell to leave her residence following an earlier dispute. Authorities indicate the complainant would not go into any detail regarding the cause of the dispute. Campbell was not on the scene when authorities arrived and they were unable to locate him for an interview.

On June 18, 2009, Campbell explained that the complainant is a childhood friend who was having ongoing problems with another individual and he was only trying to help her.

Case 5:05-cr-00530-NAM   Document 28   Filed 07/02/09   Page 2 of 3

Prob 12B                                    - 2 -                           Request for Modifying the
                                                                        Conditions or Terms of Supervision
                                                                             with Consent of the Offender

Prior to these incidents, Campbell had a solid year of compliance under supervision, which is an improvement from where supervision started. He continues to maintain full-time employment at Kmart in Mattydale, New York, and maintains a stable residence in Syracuse with his paramour and their young daughter.

The probation office recommended 100 hours of community service as a sanction for Campbell's failure to report police contact. On June 23, 2009, the Court approved this proposal along with adding the no alcohol condition via a telephonic conversation.

Campbell is agreeable with this modification and he signed Probation Form 49, the Waiver for a Modification Hearing. If the Court agrees with the proposed modification, Probation Form 12B and Probation Form 49 will need to be filed with the Clerk's Office. Therefore, with exception to the recommended modification, no further action is requested at this time.

Approved by: _____
LORI ALBRIGHT
Supervising U.S. Probation Officer

Respectfully submitted,

_____
GENEVIÈVE V. DeBLOIS
U.S. Probation Officer
Date: June 30, 2009

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] **The Modification of Conditions as Noted Above**
[ ] Other

_____
Signature of Judicial Officer

Date: July 2, 2009

PROB 49
NNYrev.9/02

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall perform <u>100</u> hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

2. You shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

Witness: _____  Signed: _____
Geneviève V. DeBlois                      Jay T. Campbell
U.S. Probation Officer                    Supervised Releasee

_____                    6/25/09
Lori Albright                              Date
Supervising U.S. Probation Officer